# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| CECA LLC, | : |  |
| Plaintiff, | : | Case No. 2:16-CV-805 |
|  | : | Judge George C. Smith |
| v. | : | Magistrate Judge Kemp |
| WORTHINGTON CYLINDER CORPORATION, | : |  |
| Defendant. | : |  |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

For good cause shown, this Court hereby grants Defendant Worthington Cylinder Corporation's Motion for Leave to File Document Under Seal.  Worthington is granted leave to file Addendum A to the Supply Agreement under seal in unredacted form.

IT IS SO ORDERED.

        /s/ Terence P. Kemp
United States Magistrate Judge

25780329